AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Batchelder, Alice M | 2. Court or Organization 6th Cir. Ct. of Appeals | 3. Date of Report 05/11/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. member | Const'l Law Drafting Committee |
| 2. member | Intellectual Property Law & Technology Advisory Council of the University of Akron School of Law |
| 3. member | Cleveland Chapter Bd. Of Advisors -- Federalist Society |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/05 -08 | National Conference of Bar Examiners | $ $3,000 |
| 2. 9/29-10/02 | National Conference of Bar Examiners | $ $3,000 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-9/30 | State of Ohio -- salary |
| 2. 10/1-12/31 | OPERS -- pension |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Harvard University | 3/23 - 3/24, Boston, MA, transportation and lodging |
| 2. Dept. of Justice | 4/20 - 4/22 Columbia, SC transportation, lodging and food |
| 3. National Conference of Bar Examiners | 4/4 - 5/8 SantaFe, NM transportation, lodging and food |
| 4. Admin. Office of U. S. Courts | 6/25 - 6/29 Mackinac Island, MI transportation, lodging and food |
| 5. George Mason Univ. Foundation, Inc. | 7/7 - 7/10 Phoenix AZ transportation, lodging and food |
| 6. National Conference of Bar Examiners | 9/29 - 10/2 Montreal, Canada transportation, lodging and food |
| 7. Heritage Foundation | 10/19 - 10/21 Washington, DC lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/11/2006 |

8. Federal Judicial Center

11/2 - 114 Washington, DC transportation, lodging and food

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/11/2006 |

8. Federal Judicial Center

11/2 - 114 Washington, DC transportation, lodging and food

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Old Phoenix Nat'l Bank | unsecured note | L |
| 2. Old Phoenix Nat'l Bank | Mtge/Note on Property # 12 | K |
| 3. Old Phoenix Nat'l Bank | Mtge/Note on Property # 17 | L |
| 4. C. T. Bennett, Plymouth, NC | Mtge/Note on Property # 11 | J |
| 5. Old Phoenix Nat'l Bank | Mtge/Note on Property # 19 | L |
| 6. Old Phoenix Nat'l Bank | Mtge/Note on Property # 1 | L |
| 7. Farmers Savings Bank` | Mtge/Note on Property # 20 | None |
| 8. Old Phoenix Nat'l Bank | Mtge/Note on Property # 5 | K |
| 9. WesBanco (formerly Cornerstone Bank of Springfield) | Mtge/Note on Property # 22 | K |
| 10. Old Phoenix Nat'l Bank | Mtge/Note on Property # 21 | K |
| 11. First Nat'l Bank of Wyoming | Mtge/Note on Property # 23 | L |
| 12. Farmers Savings Bank | Mtge/Note on Property # 9 | L |
| 13. Old Phoenix Nat'l Bank | Mtge/Note on Property # 6 | K |
| 14. Matthew Akers | Mtg/Note on Property #20 | K |
| 15. Old Phoenix Nat'l Bank | Mtg/Note on Property #8 | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 2. Brokerage Account # 1 -- IRA account | A | Dividend | K | T | | | | | |
| 2. IRA asset: Cap. World Growth & Income Fund | | | | | none | | | | |
| 3. IRA asset: Growth Fund of America | | | | | none | | | | |
| 4. IRA asset: Centennial Money Market | | | | | none | | | | |
| 5. Chevron Texaco stock | | | | | none | | | | |
| 6. IRA asset: Procter & Gamble stock | | | | | none | | | | |
| 7. 3. Brokerage Account # 2 -- IRA Account | B | Dividend | K | T | | | | | |
| 8. IRA asset: Centennial Money Market | | | | | none | | | | |
| 9. IRA asset: BRE Properties Inc. Class A Stock | | | | | none | | | | |
| 10. IRA asset: Velocity HIS Inc. NT | | | | | none | | | | |
| 11. IRA asset: Bristol-Myers Squibb stock | | | | | none | | | | |
| 12. IRA asset: Pfizer, Inc. stock | | | | | none | | | | |
| 13. IRA asset: Wal-Mart Stores, Inc. stock | | | | | none | | | | |
| 14. IRA asset: Zimmer Holdings, Inc. | | | | | none | | | | |
| 15. IRA asset: Washington Mutual Inv. Fund | | | | | none | | | | |
| 16. 4. Brokerage Account # 3 -- SEP IRA Account | A | Dividend | K | T | | | | | |
| 17. IRA asset: Centennial Money Market | | | | | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA asset: U.S. Treas. Sec. str. Int. mat. 2/08 | | | | | none | | | | |
| 19. IRA asset: RPM, Inc. stock | | | | | none | | | | |
| 20. IRA asset: J.M. Smucker Co. class A stock | | | | | none | | | | |
| 21. IRA asset: Washington Mutual Inv. Fund | | | | | none | | | | |
| 22. IRA asset: FANNIE MAE | | | | | none | | | | |
| 23. 5. Brokerage Account # 4 -- | A | Dividend | K | T | | | | | |
| 24. Account asset: Centennial Money Mkt | A | Dividend | J | T | | | | | |
| 25. Account asset: Dell Computer Stock | A | Dividend | J | T | | | | | |
| 26. Account asset: Pfizer, Inc. stock | A | Dividend | J | T | | | | | |
| 27. Account asset: General Electric stock | A | Dividend | J | T | | | | | |
| 28. Account asset: Intel stock | A | Dividend | J | T | | | | | |
| 29. REAL ESTATE | | | | | | | | | |
| 30. Prop. # 1 -- duplex -- Medina Ohio | D | Rent | M | Q | | | | | |
| 31. Prop. # 2 -- 2-family -- Medina, Ohio (1/3 interest) | B | Rent | K | Q | | | | | |
| 32. Prop. # 3 -- Single family -- Medina, Ohio (1/3 interest) | B | Rent | K | Q | | | | | |
| 33. Prop. # 4 -- 4 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | M | Q | | | | | |
| 34. Prop. # 5 -- 2 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | L | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prop. # 6 -- 2-fam. & 3-fam. Houses -- Medina, OH (1/2 int) | D | Rent | L | Q | | | | | |
| 36. Prop. # 7 -- Apartments -- Medina, Ohio (1/3 interest) | E | Rent | M | Q | | | | | |
| 37. Prop. # 8 -- 2 duplex units -- Medina OH | D | Rent | M | Q | | | | | |
| 38. Prop. # 9 -- Farm -- Lodi, OH | D | Rent | O | Q | | | | | |
| 39. Prop. # 10 -- hog feeder, Lodi, OH (1/5 int) | | None | J | W | | | | | |
| 40. Prop. # 11 -- single family -- Medina OH | D | Rent | M | Q | | | | | |
| 41. Prop. # 12 -- single family -- Medina, OH (1/2 interest) | C | Rent | K | Q | | | | | |
| 42. Prop. # 13 -- Commercial bldg -- Medina OH (1/3 interest) | E | Rent | M | Q | | | | | |
| 43. Prop. # 14 -- duplex -- Medina, OH (see n. 1 Sec. VIII) | D | Rent | M | Q | buy 1/2 int | 1/05 | L | | ▇▇▇▇▇ |
| 44. Prop. # 15 -- vacant lot -- Medina, OH (1/2 interest) | | None | K | Q | | | | | |
| 45. Prop. # 16 -- ▇▇▇ Vacant land -- Medina OH | | None | M | Q | | | | | |
| 46. Prop. # 17 -- single family -- Medina, OH | D | Rent | M | Q | | | | | |
| 47. Prop. # 18 -- single family -- Medina OH (1/2 interest) | C | Rent | K | W | | | | | |
| 48. Prop. # 19 -- commercial bldg -- Medina OH | D | Rent | M | Q | | | | | |
| 49. Prop. # 20 -- Comm. Bldg with apt. -- Medina OH | D | Rent | M | Q | | | | | |
| 50. Prop. # 21 -- duplex -- Medina OH (1/2 interest) | C | Rent | K | Q | | | | | |
| 51. Prop. # 22 -- single family -- Springfield OH | D | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prop. # 23 -- ▆▆▆▆ vacant land -- WY | A | Rent | M | R | | | | | |
| 53. MISCELLANEOUS | | | | | | | | | |
| 54. Floating Rate Demand Note -- GE Interest Plus | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: In prior years, we have shown a 1/2 interest in Property #14. In January 2005, we purchased the remaining 1/2 interest in that property for $73,000.

Note 2: Re: assets in Sec. VII whose value method is reported as "Q": As was the case in last year's report, I have used the Medina County Auditor's new appraisal figures. I am unable to provide the date of the appraisal in any of these cases because it was not provided to me. The appraisals were done for the 2004 real estate tax valuations, are outrageously high, and are the valuations used to calculate our real estate taxes.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date 5·11-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544